**2009–1858.   State v. Menton.**

Mahoning App. No. 07 MA 70, 2009-Ohio-4640. It is ordered, sua sponte, that this cause is no longer held for the decision in 2008–2502, *State v. Bodyke*, 126 Ohio St.3d 266, 2010-Ohio-2424, 933 N.E.2d 753.

It is further ordered by the court that this cause is now held on Proposition of Law V for the decisions in 2008–1624, *In re Smith*, Allen App. No. 1–07–58, 2008-Ohio-3234, 2009–0088, *State v. Williams*, Warren App. No. CA2008–02–029, 2008-Ohio-6195, and 2009–0189, *In re Adrian R.*, Licking App. No. 08CA17, 2008-Ohio-6581, and the briefing schedule remains stayed.

**2009–2200.   State v. Kenney.**

Franklin App. No. 09AP–231, 2009-Ohio-5584. It is ordered, sua sponte, that this cause is no longer held for the decision in 2008–2502, *State v. Bodyke*, 126 Ohio St.3d 266, 2010-Ohio-2424, 933 N.E.2d 753.

It is further ordered by the court that this cause is now held for the decisions in 2008–1624, *In re Smith*, Allen App. No. 1–07–58, 2008-Ohio-3234, 2009–0088, *State v. Williams*, Warren App. No. CA2008–02–029, 2008-Ohio-6195, and 2009–0189, *In re Adrian R.*, Licking App. No. 08CA17, 2008-Ohio-6581, and the briefing schedule remains stayed.

**2010–0289.   Caes v. State.**

Warren App. No. CA2009–07–095, 2009-Ohio-6920. It is ordered, sua sponte, that this cause is no longer held for the decision in 2008–2502, *State v. Bodyke*, 126 Ohio St.3d 266, 2010-Ohio-2424, 933 N.E.2d 753.

It is further ordered by the court that this cause is now held for the decisions in 2008–1624, *In re Smith*, Allen App. No. 1–07–58, 2008-Ohio-3234, 2009–0088, *State v. Williams*, Warren App. No. CA2008–02–029, 2008-Ohio-6195, and 2009–0189, *In re Adrian R.*, Licking App. No. 08CA17, 2008-Ohio-6581, and the briefing schedule remains stayed.

**2010–0329.   State v. Taylor.**

Athens App. No. 09CA22, 2010-Ohio-141. It is ordered, sua sponte, that this cause is no longer held for the decision in 2008–2502, *State v. Bodyke*, 126 Ohio St.3d 266, 2010-Ohio-2424, 933 N.E.2d 753.

It is further ordered by the court that this cause is now held for the decisions in 2008–1624, *In re Smith*, Allen App. No. 1–07–58, 2008-Ohio-3234, 2009–0088, *State v. Williams*, Warren App. No. CA2008–02–029, 2008-Ohio-6195, and 2009–0189, *In re Adrian R.*, Licking App. No. 08CA17, 2008-Ohio-6581, and the briefing schedule remains stayed.